UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21349-CIV-SEITZ/O'SULLIVAN

EMILIO PINERO,

      Plaintiff,

vs.

4800 WEST FLAGLER, L.L.C.,

      Defendant.

_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE REPORT AND RECOMMENDATION

THIS MATTER came before the Court upon the Report and Recommendation of Magistrate Judge O'Sullivan [DE-174], in which he recommends granting in part Defendant's Final Verified Motion for Attorneys' Fees, Costs, and Expenses [DE-158]. No objections to the Report and Recommendation have been filed. Accordingly, it is

ORDERED that:

1) The above-mentioned Report and Recommendation of Magistrate Judge [DE-174] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order; and

2) Defendant's Final Verified Motion for Attorneys' Fees, Costs, and Expenses [DE-158] is GRANTED in part. Defendant is awarded costs in the amount of $1,919.00. Defendant is awarded $0.00 in attorneys' fees.

DONE and ORDERED in Miami, Florida, this 31st day of January, 2011.

                                                PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record